IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY SMITH, et al., | |
| Plaintiffs, | Civil Action No. 09-4268 (JBS/KMW) |
| v. | |
| STATE OF NEW JERSEY, et al., | **ORDER** |
| Defendants. | |

This matter comes before the Court on two motions: Plaintiffs' Motion in Limine to determine the permissibility and scope of the testimony of Plaintiffs' expert witness Timothy Longo [Docket Item 54] and Defendants' Motion in Limine to preclude portions of Longo's testimony and to admit a 911 call log and tape related to this cause of action [Docket Item 56]. For the reasons explained in the Opinion of today's date and for good cause shown;

IT IS this **11th** day of **July**, **2013** hereby

ORDERED Plaintiffs' Motion in Limine [Docket Item 54] is DENIED; and it is further

ORDERED that Defendants' Motion in Limine [Docket Item 56] is GRANTED in part; and it is further

ORDERED that the testimony of Plaintiffs' expert witness Timothy Longo is EXCLUDED; and it is further

ORDERED that the Court reserves decision on the admissibility of the 911 call evidence; and it is further

ORDERED that trial will commence on Tuesday July 16th at 9:00 a.m. in Courtroom 4A.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge